**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR236 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHADWICK DEAN GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the notice of defendant Chadwick Dean Grant (Grant) of his filing a Petition For A Writ of Certiorari with the U.S. Supreme Court (Filing No. 52). Pending this interlocutory appeal, trial of this matter previously scheduled for April 29, 2013 (Filing No. 51) is canceled and will be rescheduled following the decision of the U.S. Supreme Court on Grant's Petition. The intervening time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C). Counsel for Grant shall immediately notify the court of the decision of the U.S. Supreme Court on Grant's Petition.

**IT IS SO ORDERED.**

DATED this 12th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge